UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ZOILA ESPERANZA MARQUEZ-MURILLO,

        Petitioner,

v.

PAM BONDI et al.,

        Respondents.

_____/

Case No. 1:25-cv-1489

Honorable Robert J. Jonker

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that Respondents' motion to dismiss (ECF No. 7) is **GRANTED.**


Dated:  January 2, 2026              /s/ Robert J. Jonker
                                                   Robert J. Jonker
                                                   United States District Judge